FILED
IN CLERKS OFFICE

2005 FEB 22 P 1:36

U.S. DISTRICT COURT
DISTRICT OF MASS.

Pierre LaBranche
34 Colonial Ave.
Dorchester, MA 02124
February 22, 2005
617-872-5694

05cv10345 REK

**EEOC #16C-2001-00825**

RECEIPT # 62264
AMOUNT $ 250.00
SUMMONS ISSUED 4
LOCAL RULE 4.1 —
WAIVER FORM _____
MCF ISSUED —
BY DPTY. CLK. M.P.
DATE 2/22/05

PIERRE LABRANCHE
Complainant
Vs.

BARRY CONTROLS, DAVID CERQUA
ARTHUR MCKINNON, DAVID CARLSON
Respondents
(617) 787-1555
40 Guest Street
Brighton, MA 02135

MAGISTRATE JUDGE JGD

Technical Personnel Services (TPS)
Telephone No. (800) 567-3493
1060 Osgood Street
North Andover, MA 01845

**I charge Barry Controls, David Cerqua, Arthur Mckinnon, David Carlson, and Technical Personnel with unlawful discrimination in employment on the basis of race, color, and national origin, all in violation of the law.**

I was working for Barry Controls through Technical Personnel Services (TPS) as a Quality Engineer and the deal was that after 3 months I got the job. After me came three (3) other people Stuart Tuck, David Carlson, and William Schentzfier. All three were white and I was there months before them were hired by Barry Controls, and I was not hired because I am black. We all were working through Temp. Agency at Barry Controls. I was fired and Barry controls trashed my personal belongings in retaliation.

David Cerqua an Engineer and Arthur McKinnon a coworker kept on abusing me and called me " **Black Object**" , "**Nigger** ", and "**Caribbean Black Shit**". I reported these incident to my boss, Raymond Fink and He did nothing about them.

**David Carlson a Technician assaulted me and battered me and also called me Caribbean black shit.** I report his action to my boss, and Mr. Raymond Fink, and he did nothing. I reported it to human resources (Joan Cook) , and she did nothing. I reported it to Boston Police and The Boston Police Department conducted an investigation, and David carlson was convicted for assault and Battery in West Roxbury District Court.
I was fired by Barry Controls and Barry Controls trashed my personal belongings in retaliation.

**Technical Personnel Services never help me, and the agency did nothing to stop this abusing situation.**

Pierre LaBranche

**PLEASE READ ATTACHED**

DEC 0 6 2004

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

EEOC Form 161 (3/98)

## DISMISSAL AND NOTICE OF RIGHTS

To: Pierre R. Labranche
James P Keane}One Church Court
Boston, MA 02129

From: Boston Area Office
John F. Kennedy Fed Bldg
Government Ctr, Room 475
Boston, MA 02203

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16C-2001-00825 | Anne R. Giantonio, Intake Supervisor | (617) 565-3189 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Robert L. Sanders,
Area Office Director

DEC 2 2004

(Date Mailed)

Enclosure(s)

cc: TECHNICAL PERSONNEL SERVICES
1060 Osgood Street
North Andover, MA 01845

CHARGE OF DISCRIMINATION
MASSACHUSETTS COMMISSION AGAINST DISCRIMINATION AND EEOC

| FEPA NUMBER: | FILING DATE: |
|---|---|
| EEOC NUMBER: | VIOLATION DATE: July 1, 2000 and continuing thereafter; all related |

| NAME OF AGGRIEVED PERSON OR ORGANIZATION | TELEPHONE NUMBERS |
|---|---|
| Pierre R. LaBranche<br>34 Colonial Avenue<br>Dorchester, MA 02124 | HOME: (617) 282-6709<br>BUSINESS: Cell (617) 529-1509 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, OR STATE/LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

| Barry Controls<br>David Cerqua<br>Arthur McKinnon<br>David Carlson<br>40 Guest Street<br>Brighton MA 02135 | TELEPHONE NO.: (617)787-1555<br>NO. OF EMPLOYEES: 100+ |
|---|---|
| Technical Personnel Services (TPS)<br>1060 Osgood Street<br>North Andover MA 01845 | TELEPHONE NO.: (800)567-3493<br>NO. OF EMPLOYEES: 10+ |

CAUSE OF DISCRIMINATION BASED ON: Race, National Origin, M.G.L.A. Ch. 12 sec. 11H and 11I; M.G.L.A. Ch. 265 sec. 39 and M.G.L.A. Ch. 266 sec. 127B; M.G.L.A. Ch. 93 sec. 102

THE PARTICULARS ARE:

I charge Barry Controls, David Cerqua, Arthur McKinnon, David Carlson and Technical Personnel Services (TPS) with unlawful discrimination in employment on the basis of race (Haitian-American) and national origin, all in violation of MGLA ch. 151B § 4 and associated claims under M.G.L.A. Ch. 12 sec. 11H and 11I; M.G.L.A. Ch. 265 sec. 39 and M.G.L.A. Ch. 266 sec. 127B; M.G.L.A. Ch. 93 sec. 102. I worked for Barry Controls on a full-time basis through TPS from July 12, 2000 to the present. I have been the

The Commonwealth of Massachusetts
Commission Against Discrimination

16CA10825

DOCKET NUMBER: 01130220
FILING DATE: 01-25-2001
EEOC/HUD NUMBER:
VIOLATION DATE: 01/25/01

Name of Aggrieved Person or Organization:
Pierre R. Labranche
James P Keane
one Church Court
Boston, MA 02129
Telephone Number: (617) 242-8383

Named is the employer, labor organization, employment agency, or state/local government agency who discriminated against me:
Technical Personnel Services
Human Resources
1060 Osgood Street
North Andover, MA 01845
Telephone Number: (800) 567-3493     No. of Employees: 20 +

Work Location: North Andover, MA

Cause of Discrimination based on:
Race, Color
National Origin.
(Black (Non-Hispanic)
Caribbean Islands).

**The particulars are:**
I, Pierre R. Labranche, the Complainant believe that I was discriminated against by Technical Personnel Services, on the basis of Race, Color National Origin. This is in violation of M. G. L. Chapter 151B S P.

See Attached.

I swear or affirm that I have read this complaint and that it is true to the best of my knowledge, information and belief.

_____
(Signature of Complainant)
SWORN TO AND SUBSCRIBED BEFORE ME THIS 26th Day of January, 2001

NOTARY PUBLIC: _____

SIGNATURE   NOTARY   PUBLIC:_____      MY   COMMISSION
EXPIRES:_____

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Pierre LaBranche

**DEFENDANTS**
Barry Conti, David Cerqua, Arthur McKinnon, David Carlson, "BoPS"

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

05-10345-REK

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment |  |  | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits |  | ☐ 690 Other |  | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability |  |  | ☐ 862 Black Lung (923) |  |
| ☐ 196 Franchise | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
|  |  | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☒ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **Habeas Corpus:** |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  |  |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  |  / ☐ 555 Prison Condition |  |  |  |
|  | ☒ 440 Other Civil Rights |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) Pierre LaBranche vs Barry Control, David Cerqua, David Carlson, Arthur McKinnon, TPS

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   — I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   — II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
          740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.       for patent, trademark or copyright cases

   — III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
          315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
          380, 385, 450, 891.

   — IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
          690, 810, 861-865, 870, 871, 875, 900.

   — V.   150, 152, 153.

FILED IN CLERK'S OFFICE
2005 FEB 22  P 1:36
U.S. DISTRICT COURT
DISTRICT OF MASS.

05 - 10345 REK

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

_____

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?

                                                      YES           NO

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)

                                                      YES           NO

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?

                                                      YES           NO

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?

                                                      YES           NO

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).

                                                      YES           NO

   A.  IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?

       EASTERN DIVISION        CENTRAL DIVISION       WESTERN DIVISION

   B.  IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?

       EASTERN DIVISION        CENTRAL DIVISION       WESTERN DIVISION

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   Pierre LaBranche
ADDRESS   34 Colonial Ave, Dorch. MA 02124
TELEPHONE NO.   (617) 872-5694

(Cover sheet local.wpd - 11/27/00)